IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex. rel.* WADE RINER co<br><br>　　Plaintiff,<br><br>v.<br><br><br>WATERCOLOR COMMUNITY ASSOCIATION, INC., ET AL.<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL NO. 3:22-cv-11072-TKW-HTC<br><br><br><br><br><br><br><br><br><br><u>JURY TRIAL DEMANDED</u> |

**<u>RELATOR WADE RINER'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS
AND/OR AMEND THE COMPLAINT</u>**

Plaintiff/Relator Wade Riner ("Relator" or "Riner") files this motion to extend time pursuant to Federal Rule of Civil Procedure 6(b)(1):

1. Relator Wade Riner filed this False Claims Act (FCA) lawsuit under seal on August 9, 2022. (Dkt. 1).

2. On October 4, 2023, this Court ordered that the Clerk unseal this case and for Relator to effectuate service on Defendants. (Dkt. 12).

3. Relator has served all Defendants in this matter, or the Defendant has agreed to waive service. (Dkt. 21–22, 24–25, 42–45, 48–50).

4. Two defendants have filed motions to dismiss (Dkt. 75, 84), one filed other associated motions (Dkt. 74, 76), and three defendants have filed answers (Dkt. 66, 78, 80). This has caused a set of cascading deadlines for Relator, as the rules give him 21 days to amend his complaint as a matter of right in response to a responsive pleading or motion to dismiss and 14 days to respond to motions. *See* FED. R. CIV. P. 15(a)(1); N.D. Fl. Loc. R. 7.1(E).

5. Rather than make multiple different decisions on whether to amend his complaint and/or file different responses to motions to dismiss, covering the same issues, Relator seeks a single deadline to either respond to motions to dismiss or amend his complaint. ***Every affected defendant is unopposed to this request.***

6. The status of current answers, responsive pleadings, and answer deadlines for each Defendant is as follows, sorted by date:

1

| Defendant | Response status |
|---|---|
| Dunes of Panama Management Association | Answered complaint on Jan. 25, 2024. (Dkt. 66). Sought to Dismiss on Feb. 12, 2024 (Dkt. 82).[1] |
| Holiday Surf and Racquet Club Condominium Association Inc. | Answer filed Feb. 7, 2024 (Dkt. 78). |
| Rosemary Beach Property Owners Association Inc. | Motion to Strike portions of complaint, Motion to Dismiss, and Motion for Judicial Notice related to Motion to Dismiss filed on Feb. 7, 2024 (Dkt. 74–76) |
| Pinnacle Port Community Association Inc. | Answer filed Feb. 12, 2024 (Dkt. 80). |
| Jetty East Condominium Association Inc. | Motion to Dismiss filed Feb. 12, 2024 (Dkt. 84). |
| Seacrest Beach II Owners Association Inc. | Motion to Dismiss filed Feb. 13, 2024 (Dkt. 86). |
| One Seagrove Place Owners Association Inc. | Motion to Dismiss and related Motion for Judicial Notice filed on Feb. 16, 2024 (Dkt. 96–97) |
| Laketown Wharf Resort Community Association Inc. | Answer due Feb. 19, 2024 (calculated per date of waiver notice) (*See* Dkt. 49). |
| St. George Plantation Owner's Association Inc. | Answer due Feb. 23, 2024 (Dkt. 93). |
| Watercolor Community Association, Inc. | Answer due Feb. 23, 2024 (Dkt. 93). |
| Edgewater Beach Owners Association Inc. | Answer due Feb. 23, 2024 (Dkt. 81). |

---

[1] The Court denied this notice of dismissal and ordered that Relator will need to file a motion to dismiss under Rule 41(a)(2) in order to effectuate dismissal. Relator has conferred with counsel for Dunes of Panama and the United States, and each consents to the dismissal without prejudice. Relator is filing the motion today.

7. Accordingly, Riner has his first deadline to respond to a motion to dismiss as Feb. 21, 2024, with multiple other deadlines thereafter. Pursuant to his right to amend his complaint, he has deadlines to do so starting on February 28, 2024. These deadlines will be further compounded as more answers (and possibly other motions related to the complaint) are filed by 5 more defendants.

8. Therefore, Riner seeks a consolidated deadline. Riner requests that this Court allow him until **March 15, 2024** (21 days after the *final* answer deadline currently set for several defendants) to file a consolidated response to any and all motions to dismiss (including Dkt. 75, 84, 86, & 96), to respond to any other motions under Rule 12 or other motions related to the complaint (including Dkt. 74, 76, & 97), and/or to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a).

### ATTORNEY CONFERENCE CERTIFICATE

9. Pursuant to Northern District of Florida Local Rule 7.1(B), counsel for Relator conferred with counsel for all affected Defendants, including those who have not appeared.[2] ***The defendants are unanimously unopposed.***

---

[2] This accounts for every defendant except Dunes of Panama, who Relator is moving to dismiss without prejudice.

3

Respectfully submitted,

/s/ Randall C. Owens
Randall C. Owens
TX State Bar No. 15380700
Michael Adams-Hurta
TX State Bar No. 24097860
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com
*Attorneys for Relator Wade Riner*