IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* WADE RINER co<br><br>    Plaintiff,<br><br>v.<br><br><br>WATERCOLOR COMMUNITY ASSOCIATION, INC., ET AL.<br><br>    Defendants. | CIVIL NO. 3:22-cv-11072-TKW-HTC<br><br><br><br><br><br><br><br><br><br><br><br><u>JURY TRIAL DEMANDED</u> |

**<u>RELATOR WADE RINER'S RESPONE TO PENDING MOTIONS</u>**

Defendants have filed numerous motions responsive to Relator's Original Complaint in this case. (Dkt. 74, 75 76, 84, 86, 96, 97, 99, 102, 103, 104, 105, 106, 107, 108, 109, 111). Earlier today, Relator filed his First Amended Complaint, in accordance with this Court's order setting a deadline to do so under Rule 15. (*See* Dkt. 101).

Relator's First Amended Complaint "supersedes the initial complaint and becomes the operative pleading in this case." *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007). As such, all pending motions as moot and requests that the Court deny them as moot. *See, e.g.*, *Rogers v. Jackson Cnty.*, No. 5:22-cv-237-TKW-MJF, Order Granting Leave to Amend, Dkt. 26 (Mar. 27, 2023 N.D. Fla.) (Wetherell, D.J.) (denying motions to dismiss a first amended complaint as moot while noting that the second amended complaint became the operative complaint).

    Respectfully submitted,

Randall C. Owens
TX State Bar No. 15380700
Michael Adams-Hurta
TX State Bar No. 24097860
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056

Telephone: (713) 572-4321
Telecopier: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com
***Attorneys for Relator Wade Riner***