UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **WADE RINER,**<br><br>    Plaintiff,<br>  vs.<br><br>**WATERCOLOR COMMUNITY ASSOCIATION, INC., et al.,**<br><br>    Defendants. | **CASE NO.: 3:22-cv-11072-TKW-ZCB** |

### RELATOR WADE RINER'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff/Relator Wade Riner ("Relator") files this Notice of Voluntary Dismissal dismissing without prejudice the action against all defendants except Holiday Surf & Racquet Club Condominium Association, Inc. and Pinnacle Port Community Association, Inc. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), Riner dismisses without prejudice the following defendants, who have not filed an answer or motion for summary judgment:

- Watercolor Community Assoc., Inc.,
- One Seagrove Place Owner's Assoc., Inc.,
- Rosemary Beach Property Owners Assoc., Inc.,
- St. George Plantation Owners Assoc., Inc.,
- Jetty East Condominium Assoc., Inc.,
- Laketown Wharf Resort Community Assoc., Inc.,
- Seacrest Beach II Owners Assoc., Inc., and
- Edgewater Beach Owners Assoc., Inc.

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, et seq., consent on the part of the United States Government is required to dismiss the federal False Claims Act claims.

## CONSENT OF THE UNITED STATES

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, et seq., Relator is advised that counsel for the United States will be filing an appropriate notice with the Court confirming the Government's consent to Relator's voluntary dismissal of its claims against these defendants.

Respectfully Submitted,

/s/ *Randall C. Owens*
Randall C. Owens
State Bar No. 15380700
Michael Adams-Hurta
State Bar No. 24097860
Wright Close & Barger, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com
*Attorneys for Relator Wade Riner*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, a true and correct copy of the foregoing was served on all counsel of record through the court's ECF system.

/s/ *Randall C. Owens*
Randall C. Owens