UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. WADE RINER,<br><br>Plaintiff,<br>vs.<br><br>WATERCOLOR COMMUNITY ASSOCIATION, INC., et al.,<br><br>Defendants. | CASE NO. 3:22-cv-11072-TKW-ZCB |

### RELATOR WADE RINER'S MOTION TO DISMISS DEFENDANTS HOLIDAY SURF & RACQUET CLUB CONDOMINIUM ASSOCIATION, INC. AND PINNACLE PORT COMMUNITY ASSOCIATION, INC.

Plaintiff/Relator Wade Riner ("Relator") files this Motion to Dismiss, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby moves to dismiss without prejudice defendants Holiday Surf & Racquet Club Condominium Association, Inc. and Pinnacle Port Community Association, Inc. Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, et seq., consent on the part of the United States Government is required to dismiss the federal False Claims Act claims.

### CONSENT OF THE UNITED STATES

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3729, et seq., Relator is advised that counsel for the United States will be filing an appropriate notice with the Court confirming the Government's consent to Relator's voluntary dismissal of its claims against these defendants.

### ATTORNEY CONFERENCE

Counsel for Riner has conferred with counsel for Holiday Surf & Racquet Club Condominium Association, Inc. and Pinnacle Port Community Association, Inc., and counsel for the United States, and each is unopposed to the relief requested in this motion.

## **PRAYER**

Accordingly, Relator Wade Riner prays that this Court dismiss Holiday Surf & Racquet Club Condominium Association, Inc. and Pinnacle Port Community Association, Inc. without prejudice.

Respectfully Submitted,

/s/ *Randall C. Owens*
Randall C. Owens
State Bar No. 15380700
Michael Adams-Hurta
State Bar No. 24097860
Wright Close & Barger, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
owens@wrightclosebarger.com
hurta@wrightclosebarger.com
*Attorneys for Relator Wade Riner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, a true and correct copy of the foregoing was served on all counsel of record through the court's ECF system.

/s/ *Randall C. Owens*
Randall C. Owens